IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER JOHN TARATINO, | ) | 2:08-cv-01842-GEB-KJM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF BANC OF AMERICA FUNDING 2006-D TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME LOANS, INC.; and RECONTRUST COMPANY, NA., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On August 12, 2008, Plaintiff filed an application for a temporary restraining order ("TRO") and a preliminary injunction. Plaintiff alleges six claims in his Complaint: a federal claim for violation of the Fair Credit Reporting Act and five state claims. Since the state claims appear to predominate over the federal claim, the parties shall include in the briefs referenced below arguments regarding whether the state claims "substantially predominate" over the federal claim. 28 U.S.C. § 1367(c)(2). Defendants' response

1

1 brief to Plaintiff's request for a TRO shall be filed no later than
2 4:00 p.m. on August 13, 2008.  Plaintiff's reply shall be filed by
3 noon on August 14, 2008.  The hearing on the TRO is scheduled to
4 commence at 11:00 a.m. on August 15, 2008 in courtroom 10.  Plaintiff
5 shall provide Defendants with a copy of this Order in the most
6 effective means assuring they receive this Order as soon as possible.
7         IT IS SO ORDERED.
8 Dated:  August 12, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge