UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN TARATINO, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee of Banc of America Funding 2006-D Trust; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME LOANS, INC.; and, RECONSTRUST COMPANY, NA.,<br><br>            Defendants. | 2:08-cv-01842-GEB-KJM<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

        On December 5, 2008, an Order to Show Cause ("OSC") issued requiring Plaintiff to show cause why sanctions should not be imposed because of Plaintiff's failure to file a status report. Plaintiff failed to respond to the Order by January 6, 2009, as required. The Order also required Plaintiff to show cause why any unserved defendant should not be dismissed under Federal Rule of Civil Procedure 4(m). It is unclear whether Plaintiff has failed to serve any Defendant.

        It appears that Plaintiff has abandoned this lawsuit and

1

that the case should be dismissed for failure to prosecute.  Plaintiff shall show cause in a filing due no later than 4:00 p.m. on January 14, 2009, why this action should not be dismissed because of Plaintiff's failure to prosecute the action.

Dated:   January 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge